335 A.2d 348

**In re the Nomination Papers of Lewis SPARKS for Candidate for Office of Representative of the 197th District of the General Assembly Representing the Malcolm X Party.**

**Appeal of Joel JOHNSON.**

Supreme Court of Pennsylvania.

Argued April 10, 1975.

Decided April 14, 1975.

Larrick B. Stapleton, Philadelphia, for appellant.

Richard J. Harcar, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.

JONES, C. J., did not participate in the consideration or decision of this case.